1192772

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

United States of America
v.
CHALONER SAINTILLUS,
aka SHALAM ALI EL BEY

*Defendant*

Case No. 2:20-mj-0162 JDP

FILED MAR 26 2021 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY DEPUTY CLERK

UNSEALED

RECEIVED U.S. MARSHALS SERVICE EASTERN CALIFORNIA 2020 OCT 22 AM 10: 16

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   CHALONER SAINTILLUS, aka SHALAM ALI EL BEY                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
Title 21 U.S.C. § 841(a)(1) - Distribution of a Controlled Substance;
Title 21 U.S.C. § 846 - Conspiracy to Distribute a Controlled Substance

Date: **October 21, 2020**

*UNITED STATES MAGISTRATE JUDGE*

City and state: Sacramento, California

Jeremy D. Peterson, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10-22-2020 , and the person was arrested on *(date)* 3/23/21
at *(city and state)* TRAVIS, CA .

Date: 3/23/21

*Arresting officer's signature*

ALLAN MALINO, DUSM , United States Magistrate Judge
*Printed name and title*